**CITY OF EUREKA, Appellant,**

v.

**MID–AMERICA HEALTH CARE LIMITED PARTNERSHIP,
et al., Respondents.**

**No. 73265.**

Missouri Court of Appeals,
Eastern District,
Division Four.

June 30, 1998.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 26, 1998.

Application for Transfer Denied
Oct. 20, 1998.

Appeal from the Circuit Court, St. Louis County; Kenneth M. Romines, Judge.

Katherine L. Butler, Eureka, for Appellant.

Peter T. Sadowski, E. Michael Murphy, St. Louis, for Respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

**ORDER**

PER CURIAM.

The City of Eureka (City) appeals from the court's grant of Summary Judgment in favor of Mid–America Health Care Limited (Mid–America). Mid–America is assignee of Marymount Health Recreation and Retirement, Incorporated's lease for a term of thirty-five years on Marymount Manor, a nursing home in Eureka.

We have reviewed the briefs of the parties and the record on appeal and find the claims

of error to be without merit. An opinion reciting the detailed facts and restating principles of law would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).